**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01188-CV

### HENRY S. MILLER COMMERCIAL COMPANY, Appellant

### V.

### NEWSON, TERRY & NEWSOM, LLP, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-1306**

## ORDER

We **GRANT** the parties' June 8, 2015 joint motion to extend briefing deadlines. The parties shall file their respective appellees' and cross-appellee's briefs by **JULY 13, 2015**. We caution the parties that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE